UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ROGER POOLE, et al.      )
                         )
         Plaintiffs,     )
                         )
v.                       )    Case No.: 4:09cv00036 ERW
                         )
DON BROWN AUTOMOTIVE GROUP, Inc. )
d/b/a DON BROWN CHRYSLER JEEP DODGE, )
a Missouri corporation   )
                         )
         Defendant.      )

## STIPULATION AND ORDER FOR ENTRY OF CONSENT JUDGMENT

By consent of the Parties, Judgment is entered in favor of Plaintiffs and against Defendant Don Brown Automotive Group, Inc. d/b/a Don Brown Chrysler Jeep Dodge, in the amount of $42,626.00, consisting of $34,650.00 as and for delinquent fringe benefit contributions, $6,930.00 as and for liquidated damages, $575.50 as and for attorney's fees, and $470.50 as and for costs. The amount of this Consent Judgment is calculated on the basis of unpaid Welfare Trust contributions for the month of December 2008 and unpaid Pension Trust contributions for the period of November to December 2008. This Consent Judgment disposes of all matters in this case.

HAMMOND and SHINNERS, P.C.
7730 Carondelet Ave., Suite 200
St. Louis, Missouri 63105
Telephone: (314) 727-1015
Facsimile: (314) 727-6804

_____
SHERRIE A. SCHRODER, #4307
MICHAEL A. EVANS, #534636
Attorneys for Plaintiffs

PAULE, CAMAZINE &
BLUMENTHAL, P.C.
165 North Meramec Ave, Sixth Fl
St. Louis, MO 63105-3789
Telephone: (314) 244-3635
Facsimile: (314) 727-2101

_____
THOMAS M. BLUMENTHAL, #2652
Attorneys for Defendant

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: April 30, 2009